IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY CHATMAN,

        Plaintiff,                    No. CIV S-04-2655 MCE GGH P

   vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        The court has concurrently issued an order addressing the second amended complaint filed March 15, 2005. In this order, the court finds that the claims against defendants Smith, Jorgensen, Davis, Featherson, Mashburn and Atkins fail to state cognizable claims for relief. For the reasons discussed in that order, the court now recommends dismissal of these defendants.

        Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendants Smith, Jorgensen, Davis, Featherson, Mashburn and Atkins contained in the March 15, 2005, second amended complaint be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED:   6/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
chat2655.56