1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY CHATMAN,                       No. CIV-S-04-2655 MCE/GGH P

12            Plaintiff,

13       v.                               <u>ORDER</u>

14   SOLANO COUNTY JAIL, ET AL.,

15            Defendants.
     _____/

16

17       Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22       On June 14, 2005, the magistrate judge filed findings and

23   recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the findings

25   and recommendations were to be filed within twenty days.

26   ///

                                    1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 14, 2005, are adopted in full; and

2.  The claims against defendants Smith, Jorgensen, Davis, Featherson, Mashburn and Atkins contained in the March 15, 2005, second amended complaint are dismissed.

DATE: July 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE