IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY A. CHATMAN,

      Plaintiff,                        No. CIV S-04-2655 MCE GGH P

    vs.

SOLANO COUNTY JAIL,

      Defendant.                     ORDER

_____/

        On August 17, 2005, defendant Childers filed a motion to dismiss. On September 16, 2005, defendants Hambright and Mercado filed motions to dismiss. On September 16, 2005, defendant Childers apparently inadvertently filed a motion to dismiss duplicative of the motion filed August 17, 2005. On September 21, 2005, defendant Nixon filed a motion to dismiss.

        On August 31, 2005, plaintiff filed a summary judgment motion. On September 23, 2005, plaintiff filed an opposition to defendant Childers' motion to dismiss. On September 23, 2005, plaintiff filed a memorandum in support of his summary judgment motion.

        After reviewing plaintiff's pleadings, he does not appear to have filed oppositions to the motions to dismiss filed by defendants Hambright, Mercado and Nixon. Accordingly, plaintiff is ordered to show cause why the motions to dismiss filed on behalf of these defendants should not be granted. If plaintiff intended any of his pleadings to be oppositions to these

1  motions, he should so state in his response to the show cause order.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. Defendant Childers' motion to dismiss filed August 17, 2005, is vacated

4  because it is duplicative of the motion to dismiss filed September 16, 2005;

5          2. Plaintiff is ordered to show cause within twenty days of the date of this order

6  for his failure to oppose the motions to dismiss filed by defendants Hambright, Mercado and

7  Nixon; within that time, plaintiff shall file oppositions to these motions;

8          3. Failure to comply with this order will result in a recommendation that the

9  motions to dismiss filed by defendants Hambright, Mercado and Nixon be granted.

10 DATED: 1/12/06

12 /s/ Gregory G. Hollows

13 GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14 GGH:kj
chat2655.osc