1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY A. CHATMAN,

11            Plaintiff,                    No. CIV S-04-2655 MCE GGH P

12      vs.

13   SOLANO COUNTY JAIL, et al.,

14            Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16            On April 12, 2006, the court granted the motions to dismiss filed by defendants

17   Mixon, Childers, Hambright and Mercado.  The court granted plaintiff thirty days to file a third

18   amended complaint.  The court warned plaintiff that if he did not file a third amended complaint

19   within that time, the court would recommend dismissal of this action.  Thirty days passed and

20   plaintiff did not file an amended complaint.  Accordingly, the court recommends dismissal of this

21   action.

22            IT IS HEREBY RECOMMENDED that this action be dismissed.  See Local Rule

23   11-110; Fed. R. Civ. P. 41(b).

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

26   twenty days after being served with these findings and recommendations, plaintiff may file

1  written objections with the court.  The document should be captioned "Objections to Magistrate

2  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.

4  DATED:  6/29/06

5                                                              /s/ Gregory G. Hollows

                                                          _____
6                                                              GREGORY G. HOLLOWS
                                                              UNITED STATES MAGISTRATE JUDGE
7

8  ggh:kj
   chat2655.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26